STRIDSBERG, APPELLANT, *v.* GEICO GENERAL
INSURANCE COMPANY, APPELLEE.

[Cite as *Stridsberg v. GEICO Gen. Ins. Co.,*
111 Ohio St.3d 1212, 2006-Ohio-5855.]

(No. 2005–2128—Submitted October 3, 2006—Decided November 29, 2006.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., KLATT, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

WILLIAM A. KLATT, J., of the Tenth Appellate District, sitting for RESNICK, J.

Roger C. Stridsberg, for appellant.

Reminger & Reminger Co., L.P.A., Danny Merril Newman Jr., and Egan Patrick Kilbane, for appellee.